[No. 62121-1-I. Division One. September 28, 2009.]

THE STATE OF WASHINGTON, *Appellant*, v. TEENA MARKUSEN, *Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 08-1-00109-4, Ira Uhrig, J., entered August 4, 2008. *Affirmed* by unpublished opinion per Schindler, C.J., concurred in by Dwyer and Lau, JJ.

[No. 62210-2-I. Division One. September 28, 2009.]

*In the Matter of the Personal Restraint of* CLYDE EVERETT LAWHORN, *Petitioner*.

Petition for relief from personal restraint. *Remanded with instructions* by unpublished per curiam opinion.

[No. 62530-6-I. Division One. September 28, 2009.]

*In the Matter of the Personal Restraint of* STACY LEE BEDINGFIELD, *Petitioner*.

Petition for relief from personal restraint. *Remanded with instructions* by unpublished per curiam opinion.

[No. 62565-9-I. Division One. September 28, 2009.]

*In the Matter of the Personal Restraint of* LOUIS C. HANSEN, *Petitioner*.

Petition for relief from personal restraint. *Remanded with instructions* by unpublished per curiam opinion.

[No. 62605-1-I. Division One. September 28, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY MCKEE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-01734-1, Douglas D. McBroom, J., entered November 7, 2008. *Affirmed* by unpublished opinion per Cox, J., concurred in by Becker and Ellington, JJ.